1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICROSOFT CORPORATION, a Washington corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>EZPC RECYCLING, INC., a California corporation; MIGUEL BAUTISTA, an individual, CHRIS CHUN, an individual d/b/a EZPC RECYCLE; and DOES 1 and 2;<br><br>              Defendants. | Case No. SACV 14-00986-JLS-DFMx<br><br><br>PERMANENT INJUNCTION AGAINST DEFENDANT CHRIS CHUN dba EZPC RECYCLE |
|---|---|

      The Court has reviewed and considered the Stipulated Permanent Injunction executed between Plaintiff Microsoft Corporation ("Microsoft") and one of the Defendants in this action, Defendant Chris Chun, an individual dba EZPC Recycle. The parties entered into the Stipulation as part of a settlement of this case.

      Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that defendant Chris Chun, an individual dba EZPC Recycle ("Defendant") along with any directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or

participation with Defendant, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (a) unlawfully or without authorization imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

        (1) 1,200,236 ("MICROSOFT");
        (2) 1,256,083 ("MICROSOFT");
        (3) 1,872,264 ("WINDOWS");
        (4) 2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

        (1) TX-6-508-905 ("Windows Vista");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

    (b) unlawfully manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

    (c) unlawfully using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution,

offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

    (d) unlawfully using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

    (e) engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any illegal dilution of Microsoft's name, reputation, or goodwill; and

    (f) unlawfully assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO ORDERED.**

Dated: July 06, 2015

_____
THE HONORABLE JOSEPHINE L. STATON
United States District Judge